IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

  vs.          2:12-mj-647
              **Magistrate Judge King**

**DONALD ANTHONY COX, Jr.**

<u>**ORDER**</u>

  Upon unopposed motion, Doc. No. 7, the complaint in this action is **DISMISSED.**

  The Clerk shall terminate this case.

            *s/Norah McCann King*
            Norah M<sup>c</sup>Cann King
          United States Magistrate Judge

October 23, 2012
(Date)